No. 72–5508. ROSEMOND *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5556. HOOVER *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 72–633. COPELAND REFRIGERATION CORP. *v.* WARRINER HERMETICS, INC., ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari. 

No. 72–5497. CLIZER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari. 

No. 72–644. D. C. TRANSIT SYSTEM, INC. *v.* WASHINGTON METROPOLITAN AREA TRANSIT COMM'N ET AL. C. A. D. C. Cir. Motion of respondent Black United Front for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 72–5506. JAMES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE STEWART would grant certiorari. 